IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTELLE M., *for A.C., a Minor,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 23-cv-2906 |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security* | : : | |

## ORDER

AND NOW on this 9th day of January 2025, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 8), Defendant's Response to Request for Review of Plaintiff (Doc. 9), and Plaintiff's Reply Brief (Doc. 10), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT** is entered in favor of the Defendant and against Plaintiff;

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE